# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY R. BOWER, et al.,** ) | |
| ) | |
| **Plaintiffs.** ) | |
| ) | |
| v. ) | Case No. 05-3221-CV-S-GAF |
| ) | |
| **SPRINGFIELD R-12 SCHOOL** ) | |
| **DISTRICT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Presently before the Court is a Motion to Strike the Initial Disclosures of Plaintiffs Gabrielle Lyon and Ariel Bower filed by the Defendants. (Doc. #45). The Defendants seek an Order striking the initial disclosures of Gabrielle Lyon and Ariel Bower because these minor children cannot represent themselves in this action and they may not be represented by their mother, Mary Bower, who is proceeding pro se. Id. The Plaintiffs have not opposed this Motion. As the Plaintiffs do not oppose this Motion and the Court recently rejected Gabrielle Lyon and Ariel Bower's request for appointed counsel and dismissed them from the case in its Order dated March 14, 2006, the Defendant's Motion to Strike the Initial Disclosures of Plaintiffs Gabrielle Lyon and Ariel Bower is GRANTED. The initial disclosures of Gabrielle Lyon and Ariel Bower are HEREBY STRICKEN from the record in this case.

**IT IS SO ORDERED.**

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: March 14, 2006