# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY R. BOWER, et al.,** ) | |
| ) | |
| **Plaintiffs.** ) | |
| ) | |
| v. ) | Case No. 05-3221-CV-S-GAF |
| ) | |
| **SPRINGFIELD R-12 SCHOOL** ) | |
| **DISTRICT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Presently before the Court is a Motion to Strike Affidavit's [sic] of Steven Shreiner [sic] and Nate Quinn as Irrelevant, and Reply to Defendants [sic] Reply to Objections to Court Appointed Attorney and Suggestions filed by the Plaintiff, Mary Bower ("Bower"). (Doc. #55). In this Motion, Bower challenges the factual assertions of the Defendants in their Response to the Statement of Facts submitted by Bower upon request of the Court in an Order dated October 24, 2005. Id. Bower asserts no legal authority for the relief she seeks. Accordingly, as Bower has cited no legal authority in support of her position and Bower's Motion to Appoint Counsel was denied by Order of this Court dated March 14, 2006, Bower's Motion to Strike is MOOT.

**IT IS HEREBY ORDERED.**

                                                                                     /s/ Gary A. Fenner
                                                                                     GARY A. FENNER, JUDGE
                                                                                      United States District Court

DATED: March 14, 2006